IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC OTTOSON,                  CIVIL ACTION NO.: 06-4259

*Plaintiff*,

vs.

WAL-MART STORES, INC.,

*Defendant*.

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, and without costs or fees to either party.

| | |
|---|---|
| McDONNELL & ASSOCIATES, P.C. | SIDNEY L. GOLD & ASSOC., P.C. |
| /s/ | /s/Sidney L. Gold, Esquire |
| Patrick J. McDonnell, Esquire | SIDNEY L. GOLD, ESQUIRE |
| 601 S. Henderson Road, Suite 152 | I.D. NO: 21374 |
| King of Prussia, PA 19406 | 1835 Market Street, Suite 515 |
| (610) 337-2087 | Philadelphia, PA 19103 |
| Attorney for Defendant | (215) 569-1999 |
| | Attorney for Plaintiff |
| Dated: 8/28/07 | Dated: |