IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC OTTOSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. | : | NO. 06-4259 |

O R D E R

_____AND NOW, this 11th day of September, 2007, in view of the Stipulation of Dismissal without Prejudice in accordance with Rule 41(a)(1), IT IS HEREBY ORDERED that the Clerk of Court may mark this matter CLOSED statistically.

BY THE COURT:

S/John R. Padova
_____
JOHN R. PADOVA,         J.